IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Cr. No. 17-10105-STA

ROLANDO LOPEZ, et al.

    Defendants.

_____

ORDER ON MOTION TO OBTAIN NEW SENTENCING DATE AND
DEADLINE FOR SUBMISSION OF SENTENGING PAPERS AND NOTICE
OF RESETTING
_____

Before the Court is an unopposed motion to obtain a new sentencing date and deadline for the submission of sentencing papers (Doc. No. 290) as to Defendant Rolando Lopez. The court finds the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that the sentencing hearing for Defendant Rolando Lopez is re-set to **Monday, June 24, 2019 at 9:00 a.m.**

ENTERED THIS 29th day of May, 2019.

                        s/S. Thomas Anderson
                        S. THOMAS ANDERSON
                        CHIEF UNITED STATES DISTRICT JUDGE