# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 17-cr-10105-STA |
| | ) | |
| ROLANDO BANZAN LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND NOTICE OF RESETTING

The Government has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the sentencing hearing is reset to **Tuesday, July 9, 2019, at 11:00 A.M.**

IT IS SO ORDERED this 20th day of June, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE